IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANELLE R. WEIR, | ) | Case No. 8:14-CV-169 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| UNITED HEALTHCARE SERVICES, INC., A | ) | |
| Delaware Corporation; UNITED HEALTHCARE | ) | |
| OF THE MIDLANDS, INC., A Nebraska | ) | |
| Corporation; UNITED HEALTHCARE | ) | |
| SPECIALTY BENEFITS, LLC, A Maine Limited | ) | |
| Liability Company; UMR, Inc., A Delaware | ) | |
| Corporation; and KAWASAKI MOTORS | ) | |
| MANUFACTURING CORP., U.S.A., A | ) | |
| Nebraska Corporation; KAWASAKI MOTORS | ) | |
| MANUFACTURING  CORP., U.S.A. | ) | |
| GROUP BENEFIT PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER comes before the Court upon Plaintiff's Motion to Dismiss with prejudice.  The Court finds that said action should be dismissed with prejudice at this time.

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss is granted, with prejudice, each party to pay their own costs.

Dated this 6th day of January, 2015

BY THE COURT

By:    s/ Joseph F. Bataillon
Senior United States District Judge

Prepared and submitted by:
James A. Cada #10553
Edward F. Hoffman #21397
Cada, Cada, Hoffman & Jewson
1024 K Street
Lincoln, NE 68508
(402) 477-2233